UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:19-cr-_00122-MO_ |
| v. | INDICTMENT |
| VASILIY V. BARBIYERU, JR., | 18 U.S.C. § 875(c) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
### (Threatening Interstate Communication)
### (18 U.S.C. § 875(c))

On or about October 7, 2017, within the District of Oregon, defendant **VASILIY V. BARBIYERU, JR.** did knowingly transmit in interstate and foreign commerce a communication by sending an email to multiple persons at Deep Springs College, and the communication contained a threat to injure and kill those persons and others;

In violation of Title 18, United States Code, Section 875(c).

Dated: April 9, 2019                                                A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
HANNAH HORSLEY, CASB #220436
Assistant United States Attorney

**Indictment**                                                                                                  Page 1